UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR120-099 |
| ) | |
| MARCUS JOSEPH EVERETT     ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Melissa C. Bray** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Melissa C. Bray** be granted leave of absence for the following periods: June 6, 2022 through June 13, 2022; July 11, 2022 through July 18, 2022; July 27, 2022 through August 1, 2022.

**SO ORDERED**, this the 10th day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA